UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| CONNIE MUNDY and PARIS MUNDY, | ) | |
| *Plaintiffs*, | ) ) ) | Case No. 1:21-cv-168 |
| v. | ) ) | Judge Atchley |
| BANK OF AMERICA, N.A., | ) ) | Magistrate Judge Lee |
| *Defendant*. | ) | |

## ORDER

On September 16, 2021, United States Magistrate Judge Susan Lee filed a Report and Recommendation [Doc. 14] pursuant to 28 U.S.C. § 636 and the standing orders of this Court. Magistrate Judge Lee recommends that (1) Paris Mundy be terminated as a party to this lawsuit; (2) Plaintiff Connie Mundy's *in forma pauperis* ("IFP") application be granted on the current record; and (3) Plaintiff s Amended Complaint be dismissed in its entirety. [*Id*. at 1]. Plaintiff has not filed any objections to the Report and Recommendation and the time to do so has passed.[1] Nevertheless, the Court has reviewed the Report and Recommendation, as well as the record in this case, and agrees with Magistrate Judge Lee's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** the findings of fact and conclusions of law set forth in the Report and Recommendation [Doc. 14]. It is hereby **ORDERED**:

1. Paris Mundy is **TERMINATED** as a party to this lawsuit;

---

[1] Magistrate Judge Lee advised the Plaintiffs that any objections to the Report and Recommendation must be filed within fourteen (14) days and that their failure to file objections within the time specified would waive any right to appeal the district court's order. [Doc. 14 at n.6]; *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

2. Plaintiff's IFP application [Doc. 2] is **GRANTED**;

3. Plaintiff's Amended Complaint [Doc. 12] is **DISMISSED** in its entirety; and

4. The Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED.**

                                                */s/ Charles E. Atchley Jr.*
                                                **CHARLES E. ATCHLEY JR.**
                                                **UNITED STATES DISTRICT JUDGE**

**ENTERED AS A JUDGMENT**

*/s/ LeAnna R. Wilson*
**LEANNA R. WILSON**
**CLERK OF COURT**